August 22, 2025                                     <u>**Via ECF**</u>

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



<u>RE: GS HOLISTIC, LLC v. GOLD SMOKE CHOICE CORPORATION d/b/a
GOLD SMOKE CHOICE, et al. Case No. 1:25-cv-04481-KPF</u>

Dear Honorable Katherine Polk Failla:

Verna Law, P.C. represents GS Holistic, LLC, the Plaintiff, in the case referenced
above. We submit this letter to request an adjournment of the Initial Pre-Trial
Conference currently scheduled for August 25, 2025, at 10:30 a.m. This is Plaintiff's
first request for an adjournment of this conference.

Plaintiff served Defendant Gold Smoke Choice Corporation with the Summons and
Complaint on June 27, 2025. Defendant's answer was due on July 18, 2025;
however, to date, Defendant Gold Smoke Choice Corporation has not appeared or
responded to the Complaint.

Plaintiff has not yet effected service on the second Defendant, Omair Mohamed, and
has had no contact with either Defendant.

Plaintiff intends to commence default proceedings against Defendant Gold Smoke
Choice Corporation and continues its efforts to serve Defendant Omair Mohamed.

In light of the above, Plaintiff respectfully requests an adjournment of the Initial
Pretrial Conference to permit time for default procedures and further service efforts.
As neither Defendant has appeared in the case, Plaintiff is unable to represent their
position on this request.

Thank you for your consideration.

Respectfully submitted,

_____
Anthony M. Verna III
Verna Law, P.C.
80 Theordore Fremd Ave.
Rye, NY 10580
Serv611@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

Application GRANTED.  The conference scheduled for August 25, 2025, is adjourned *sine die*.  Plaintiff is to provide an update on service or its intention to commence default proceedings on or before **September 24, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:  August 22, 2025          SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE