UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOSLITIC, LLC,

                 Plaintiff,

        -v.-

GOLD SMOKE CHOICE CORPORATION,
*doing business as* GOLD SMOKE
CHOICE, and OMAIR MOHAMED,

                 Defendants.

25 Civ. 4481 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

The Court has before it Plaintiff GS Holistic, LLC's Motion for Default Judgment against Defendants Gold Smoke Choice Corporation and Omair Mohamed.  Having considered Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

It is hereby ORDERED, ADJUDGED, and DECREED that Judgment be entered in favor of Plaintiff on all claims, and Defendants are liable to Plaintiff in the amount of $350,731.35 (comprising statutory damages of $350,000.00 and costs of $731.35), for which let execution issue.

It is further ORDERED, ADJUDGED, and DECREED that Defendant, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the G Pen Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising, or promotion of the counterfeit G Pen products, meaning products bearing the G Pen trademarks (registration numbers 4,390,645; 5,368,594; 4,470,963; 4,616,071; 4,466,586; 5,405,360; and 5,405,361), counterfeit, copy or colorful imitation thereof.

It is further ORDERED, ADJUDGED, and DECREED that pursuant to 15 U.S.C. § 1118, Defendants, at their cost, deliver to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody, or control bearing any of the G Pen Marks.

It is further ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: February 19, 2026
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2